WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arturo Olivarez,<br><br>        Plaintiff,<br><br>        vs.<br><br>Commissioner of Social Security,<br><br>        Defendant. | No. CV 97-2680 PHX RCB<br><br>O R D E R |

Currently before the Court is a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) (doc. # 33) filed by Plaintiff on October 26, 2006. The last activity in the case prior to the filing of this motion was an order entered on December 3, 1999 (doc. # 32) granting the parties' stipulation for Defendant to pay $2,262.50 for Plaintiff's legal fees. It is apparent from the record, as well as the substance of Plaintiff's motion, see Mot. (doc. # 33), Ex. D, that this item was filed by error in this case, when it should have been filed in the matter of Olivarez v. Barnhart, No. CV-04-2818-PHX-SRB (D. Ariz. 2004). Indeed, it appears that the parties have recognized this, and that the matter

has already been resolved by stipulation in the other case.  <u>See</u> Olivarez v. Barnhart, No. CV-04-2818-PHX-SRB (D. Ariz. 2004) (doc. ## 22-25).

**IT IS THEREFORE ORDERED** that Plaintiff's motion for attorney's fees (doc. # 33) is DENIED as moot.

DATED this 25th day of June, 2007.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record